UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| LS LEASING, LLC, | : |
| | :     23 Civ. 9682 (NRB) |
|                  Plaintiff, | : |
| | :     **[PROPOSED]** |
|     v. | :     **DEFAULT JUDGMENT** |
| | : |
| VERIJET, INC., | : |
| | : |
|                  Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**WHEREAS**, this action was commenced on November 2, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on the defendant, Verijet, Inc. ("Defendant" or "Verijet") on November 13, 2023 by personal service on Chelsea Wang, an authorized representative for the registered agent of Defendant, and a proof of service was filed on November 14, 2023;

**WHEREAS**, Defendant failed to respond or otherwise defend against the Complaint and was deemed by the Clerk to be in default;

**WHEREAS**, plaintiff LS Leasing, LLC ("Plaintiff" or "LS Leasing") filed an application for entry of a default judgment against Defendant under Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and Local Rule 55.2;

**WHEREAS**, Defendant has not filed any opposition to Plaintiff's motion for default judgment;

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Default Judgment is GRANTED pursuant to Fed. R. Civ. P. 55(b)(2), and that Plaintiff have judgment against Defendant for the following:

       (i)        Damages in the amount of $90,000;

(ii)   Pre-judgment interest from August 1, 2023 through August 8, 2024 at the rate of 18 percent per annum totaling $15,405.00; and

(iii)  Post-judgment interest from the date of judgment accruing at the applicable rate in accordance with 28 U.S.C.A. § 1961; and it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed, and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Dated:  New York, New York
        August  8 , 2024

**SO ORDERED.**

*[signature]*

Hon. Naomi Reice Buchwald (U.S.D.J.)